

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

**FILED**
JUL 10 2018
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CRIM. NO. 18-30041 |
| ) | |
| DAVID MOORE, ) | VIO: 21 U.S.C. § 841(a)(1), |
| ) | (b)(1)(A). |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

On or about April 18, 2018, in Sangamon County, in the Central District of Illinois,

**DAVID MOORE**,

the defendant herein, knowingly and intentionally possessed with intent to deliver 50 grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

A TRUE BILL,

s/ Foreperson
_____
FOREPERSON

s/ Gregory M. Gilmore
_____
JOHN E. CHILDRESS
UNITED STATES ATTORNEY
MZW

2